IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFERY FITZGERALD PORTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KEVEN BLUE et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION<br>& ORDER DENYING MOTION<br>FOR RELIEF FROM JUDGMENT**<br><br>Case No. 2:16-cv-1283-JNP<br><br>District Judge Jill N. Parrish |

　　　　On June 20, 2017, concluding Plaintiff had been unresponsive in his litigation—specifically, failing to pay his initial partial filing fee (IPFF)—the Court dismissed his case. (Doc. No. 13.) On January 7, 2020, Plaintiff submitted a letter asking that his case be reopened, (Doc. No. 15), which the Court construes as a motion for relief from judgment. *See* FED. R. CIV. P. 60(b). In his letter, Plaintiff does not address his failure to pay his IPFF, acknowledge that more than 2.5 years have passed since his case was dismissed, nor make any arguments to support relief from judgment.

　　　　A motion under Federal Rule of Civil Procedure 60(b) "must be made within a reasonable time . . . after entry of judgment," based on the following reasons: "the judgment is void; . . . the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or . . . any other reason that justifies relief." *Id.*

Plaintiff has not hinted that any of these grounds for relief exist here. Plaintiff thus does not meet the standard for relief under Rule 60(b); the Court's June 20, 2017 Order and Judgment stand. (Doc Nos. 13 & 14.)

**ORDER**

**IT IS ORDERED** that Plaintiff's post-judgment motion is **DENIED**. (Doc. No. 15.) This action remains closed.

**IT IS FURTHER ORDERED** that the Clerk of Court must mail to Plaintiff a packet, including a blank-form complaint and information on how to file the complaint.

DATED January 27, 2020.

BY THE COURT:

JUDGE JILL N. PARRISH
United States District Court